Jury Note #1

Did the municipality of Aguadilla comply with ADA's law when they offered the accomodation in 2014 - almost four years after the claim to Miss. Luz Gonzalez?

That topic is covered in the instructions seen as a whole —

[signature]
3/20/15.

4:15 PM

RECEIVED & FILED
MAR 20 2015
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR

Jury Note #2

3/20/15

Your Honor:

We have a Veredict

RECEIVED & FILED
MAR 20 2015
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR

Time: 5:14 PM
CSO William Ortiz