UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

LUZ M. GONZALEZ-NIEVES,

    Plaintiff,

    v.

MUNICIPALITY OF AGUADILLA,

    Defendant.

Civil No. 13-1132 (JAF)

### V E R D I C T

1)    On the **reasonable accommodation** claim of Plaintiff Luz M. González-Nieves, as set forth in Section 16 of the Jury Instructions, we, the jury, find in favor of:

    (✗) Plaintiff Luz M. González-Nieves

    (  ) Defendant Municipality of Aguadilla

2)    On the **retaliation** claim of Plaintiff Luz M. González-Nieves, as set forth in Section 17 of the Jury Instructions, we, the Jury, find in favor of:

    (✗) Plaintiff Luz M. González-Nieves

    (  ) Defendant Municipality of Aguadilla

    If you found in favor of Plaintiff Luz M. González-Nieves on either (or both) of the claims, go to the next question. If you found in favor of Defendant Municipality of Aguadilla on both claims, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

3)    Do you find from a preponderance of the evidence that Mrs. González should be awarded damages to compensate for any physical damages and/or deterioration of her health condition as a result of defendant's discrimination and/or retaliation?


    YES                 NO

Civil No. 13-1132 (JAF)                                                                                   -2-

If your answer is "YES", in what amount?  $ 1,500,000.⁰⁰ _____ .

4)      Do you find from a preponderance of the evidence that Mrs. González should be
        awarded damages to compensate for her emotional pain and mental anguish?

                    ___X___                              _____
                    YES                                  NO

If your answer is "YES", in what amount?  $ 1,500,000. _____ .

This ends your deliberations, and your foreperson should sign and date the last
page of the verdict form.

DATED: _20 MAR 2015_____



                                        _____
                                                FOREPERSON